ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
ASIM H. MODI, NY SBN #065860
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (312) 596-1868
Email: asim.modi@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATISHA PATTERSON,<br><br>    Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 2:25-cv-02728-SCR<br><br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: February 24, 2026             GERRARD LAW, P.C.

By:*/s/ Josephine M. Gerrard**
    JOSEPHINE M. GERRARD
    Attorney for Plaintiff
    *As authorized by e-mail on February 24, 2026

Dated: March 2, 2026          ERIC GRANT
                              United States Attorney
                              MATHEW W. PILE
                              Head of Program Litigation 1
                              Social Security Administration | Law & Policy

                      By:    */s/ Asim H. Modi*
                              ASIM H. MODI
                              Special Assistant United States Attorney
                              Attorneys for Defendant

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED:  March 2, 2026.

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE