UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATISHA CHARRMAINE PATTERSON, | No.  2:25–cv–02728–SCR |
| Plaintiff, | ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pending before the court is the parties' Stipulation (ECF No. 17) for an award of fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  The parties previously entered into a stipulation for voluntary remand (ECF No. 14) and Judgment was entered on March 3, 2026.  The Court has considered the Stipulation, and IT IS HEREBY ORDERED that: Plaintiff is awarded attorney fees and expenses in the amount of twelve thousand dollars ($12,000.00) under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. §§ 1920, pursuant to the terms of the Stipulation.

IT IS SO ORDERED.

DATED: May 19, 2026.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE