Josephine M. Gerrard (CBN 303221)
Gerrard Law PC
1791 Solano Avenue, Suite F01
Berkeley, California 94707
Tel: (510) 838-0529
Fax: (510) 280-1635
jo@gerrardlawoffices.com
Attorney for the Plaintiff, Natisha Charrmaine Patterson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATISHA CHARRMAINE PATTERSON,<br><br>          Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>          Defendant. | Case No. 2:25-cv-02728-SCR<br><br>**[~~PROPOSED~~] AMENDED ORDER GRANTING JOINT STIPULATION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))** |

**[~~PROPOSED~~] AMENDED ORDER**

The Court, having considered Plaintiff's Motion to Amend the Order Granting Attorney's Fees Under the Equal Access to Justice Act, the parties' Joint Stipulation filed May 7, 2026, and the record in this matter, and good cause appearing therefore:

AMENDED ORDER GRANTING JOINT STIPULATION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(D))  - 1

**IT IS HEREBY ORDERED that:**

**1.**    The Order entered May 19, 2026 (ECF No.  18), is hereby AMENDED pursuant to Federal Rule of Civil Procedure 60(a) to correct a clerical error in the awarded amount.

**2.**    Plaintiff is awarded attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of **NINE THOUSAND FIVE HUNDRED DOLLARS ($9,500.00)**, and no costs under 28 U.S.C. § 1920, in conformity with the parties' Joint Stipulation.

**3.**    The previous Order awarding $12,000.00 is hereby VACATED and superseded by this Order.

**4.**    Consistent with *Astrue v. Ratliff*, 560 U.S. 586 (2010), the EAJA fees shall be payable to Plaintiff and subject to any offset allowed under the U.S. Department of the Treasury's Offset Program. If the Department of the Treasury determines that Plaintiff does not owe a federal debt, the government shall cause the payment of fees to be made directly to Josephine M. Gerrard, pursuant to the assignment executed by Plaintiff. Payment shall be delivered by electronic fund transfer (EFT) or by check.

**5.**    The award is without prejudice to the rights of Josephine M. Gerrard or Gerrard Law Offices to seek Social Security Act attorney's fees under 42 U.S.C. § 406(b), subject to the savings-clause provisions of the EAJA. The EAJA award shall be deducted from any future 42 U.S.C. § 406(b) motion for attorney's fees.

**IT IS SO ORDERED.**

Dated May 20, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

AMENDED ORDER GRANTING JOINT STIPULATION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(D))  - 1